In the Matter of the Arbitration between TRIO INDUSTRIES, INC., Respondent, and EMIGRANT INDUSTRIAL SAVINGS BANK, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

In the Matter of the Committee of the Person and Property of SADIE CLOCK, an Alleged Incompetent Person. FRANCIS X. CONLON et al., Appellants-Respondents; JOSEPH J. VERDICCHIO, Respondent-Appellant; THE PEOPLE OF THE STATE OF NEW YORK, Respondent.— Order unanimously affirmed, without costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

DAMON CREATIONS, INC., Respondent, v. FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant, and the motion granted. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

CRISTINA DE B. PATINO, Respondent, v. ANTENOR PATINO, Appellant. In the Matter of CRISTINA DE B. PATINO, Judgment-Creditor-Respondent, against ANTENOR PATINO, Judgment-Debtor-Appellant.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

In the Matter of HERMAN KRULL, Appellant, against THOMAS J. MURPHY, as Police Commissioner of the City of New York, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

In the Matter of the Application of DAISY V. LEMKE, Respondent, for Leave to Bring an Action against FLORENCE F. GREENBAUM, Individually and as Executor of WILLIAM GREENBAUM, Deceased, Appellant, upon a Judgment.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.

■

OLGA L. DONOGHUE, Respondent, v. JAMES W. DONOGHUE, Appellant.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [See 279 App. Div. 559.]

■

ABRAHAM WOLFSON, as Administrator D. B. N. of the Estate of DAVID WOLFSON, Deceased, Appellant, v. GERACE & CASTAGNA, INC., Defendant and Third-Party Plaintiff-Respondent. HYGRADE IRON WORKS, INC., Third-Party Defendant-Respondent.— Orders unanimously reversed, with $20 costs and disbursements to the appellant, and the motion for a preference under subdivision 5 of rule V of the Trial Term Rules of the Supreme Court, New York County, granted. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ.